UNITED STATES COURT OF INTERNATIONAL TRADE
Before: HONORABLE THOMAS J. AQUILINO, JR.

---------------------------------------------------x
:
DSM NUTRITIONAL PRODUCTS, INC.   :
:
       Plaintiff,  :
:
   v.  :   Court No. 09-00003
:
UNITED STATES,  :
:
       Defendant.  :
---------------------------------------------------x

## **ORDER**

Upon consideration of plaintiff's Consent Motion to Stay, and upon consideration of other papers and proceedings had herein, it is

**ORDERED** that plaintiff's consent motion is granted; and it is further

**ORDERED** that this case is stayed for 180 days; and it is further

**ORDERED** that the parties shall file a joint status report with the court within 90 days.

The Clerk of the Court is directed to forward copies of this order to counsel for all parties.

                                                                   Thomas J. Aquilino, Jr., Judge

Dated: _____
      New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
Before:  HONORABLE THOMAS J. AQUILINO, JR.
-------------------------------------------------------x
                                                                  :
DSM NUTRITIONAL PRODUCTS, INC.   :
                                                                  :
                    Plaintiff,                           :
                                                                  :
          v.                                              :          Court No. 09-00003
                                                                  :
UNITED STATES,                                  :
                                                                  :
                    Defendant.                       :
-------------------------------------------------------x

## CONSENT MOTION TO STAY

Pursuant to USCIT R. 1 and 7, Plaintiff DSM Nutritional Products hereby moves this Court to stay this case for a period of 180 days.  This motion is made upon the consent of counsel for defendant.

Good cause exists for staying these proceedings.  Since the issuance of the Court's Amended Scheduling Order of March 30, 2021, the parties have made substantial progress towards the stipulation of this action and related cases involving the same merchandise.  Specifically, the parties have each exchanged revised draft stipulations for this case and all related cases with the shared goal of identifying the entries that are properly stipulable.  Pending all necessary approvals, the parties anticipate that this action and all related cases will be resolved through stipulated judgments and further litigation will be unnecessary.

Given the parties' shared focus on finalizing the stipulations, a stay of this case is appropriate.  At this time, the parties anticipate that the open items on the current scheduling order, which pertain to the exchange of expert witness reports and further discovery, will not be necessary.  A stay of this case will enable the parties to focus their attention on expeditiously

finalizing the stipulations and securing the necessary approvals, which will minimize the need for further action by the Court.  Plaintiff proposes that the parties provide the Court with a status report within 90 days of the issuance of the stay.

Counsel for plaintiff has conferred with Alexander J. Vanderweide, Esq., counsel for defendant, who has consented to the relief sought in this motion.

For the foregoing reasons, plaintiff respectfully requests that this motion be granted and that the requested stay of these proceedings be granted.

                           Respectfully submitted,

By:   /s/ Joseph M. Spraragen
Joseph M. Spraragen
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff
599 Lexington Avenue – 36th Floor
New York, New York 10022-7648
Tel: 212.973.7726
jspraragen@gdlsk.com

Dated: September 20, 2021
       New York, New York

11287249_1