UNITED STATES COURT OF INTERNATIONAL TRADE
Before: HONORABLE THOMAS J. AQUILINO, JR.
-------------------------------------------------------x
                                                       :

DSM NUTRITIONAL PRODUCTS, INC.  :

        Plaintiff,   :

        v.   :   Court No. 09-00003

UNITED STATES,   :

        Defendant.   :
-------------------------------------------------------x

**ORDER**

Upon consideration of plaintiff's Consent Motion to Stay, and upon consideration of other papers and proceedings had herein, it is

**ORDERED** that plaintiff's consent motion is granted; and it is further

**ORDERED** that this case is stayed for 180 days; and it is further

**ORDERED** that the parties shall file a joint status report with the court within 90 days.

The Clerk of the Court is directed to forward copies of this order to counsel for all parties.

                                                                                  /s/ Thomas J. Aquilino, Jr.
                                                                                     Thomas J. Aquilino, Jr., Judge

Dated:  September 22, 2021
        New York, New York